denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DOROTHY KNAPP v. ANN WAINWRIGHT PENFIELD (Also Known as Mrs. FREDERICK COURTLANDT PENFIELD), Impleaded, etc.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LOUIS FEUERSTEIN v. SAMUEL KULKIN.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

627 EAST 233RD CORPORATION v. HERMAN A. ACKER CORPORATION and Another.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MINNIE GANZI, Also Known as DOMENICA DI GANGI v. JOSEPH GANZI, Also Known as JOSEPH DI GANGI.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NELLIE BABBISH, as Administratrix, etc., of ANTHONY BABBISH, Deceased, v. STEAMSHIP TERMINAL OPERATING CORPORATION, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Acquiring Title to ELEVATED RAILROAD STRUCTURES, TRACKS, STATIONS, etc., by Whomsoever Owned, in East 42nd Street, etc., Constituting the Existing 42nd Street Spur, etc., Borough of Manhattan, New York City.— Preference granted for March 11, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THEODORE DUDAR v. MILEF REALTY CORPORATION and Others. (JAY S. JONES and Another.) — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL LUX v. LOUIS A. GREENBERG and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALBERT B. GROSS v. MANO SWARTZ.— Motion granted so far as to extend defendant's time to answer until determination of the appeal only, which must be argued or submitted on February 7, 1930. The matter of further extension to be disposed of by the court in deciding said appeal. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of MAX B. WALDER, an Attorney.— Reference ordered to Hon. John Proctor Clarke, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

## SECOND DEPARTMENT, JANUARY, 1930.

CHARLES KOCH, Respondent, v. AUGUST ROTH, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

COBIN & COOKS, INC., Respondent, v. JEROME LYON, Appellant, and ROBERT P. GEDDES, Defendant.— On argument, order granting motion for a preference affirmed, without costs. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

ANNIE GOLD, as Administratrix, etc., of ABRAHAM GOLD, Deceased, Appellant, v. WESTERN NEW YORK MOTOR LINES, INC., Respondent.— On argument, order